United States District Court
Southern District of Texas
**ENTERED**
December 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **IBRAHIM BAYRAM,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00298** |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY**, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Ibrahim Bayram's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). Petitioner lists the following as respondents: U.S. Department of Homeland Security and the Rio Grande Detention Center. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioner via mail by any receipted means no later than **January 7, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. Petitioner may file a reply to Respondents' response on or before **January 21, 2026.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security may be served at:

**U.S. Department of Homeland Security**
**Office of the General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Rio Grande Processing Center may be served at:

1 / 3

**Rio Grande Processing Center**
**1001 San Rio Blvd,**
**Laredo, TX 78046**

The Clerk of Court is also **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St., Suite 2300**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve copies of the Petition, (Dkt. 1), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov as well as Hector.Ramirez@usdoj.gov.

Additionally, in order to maintain the status quo while the Court considers Petitioner's habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer Petitioner outside of this Court's jurisdiction while the matter remains pending. *See Alves v. U.S. Dep't of Just.*, 2025 WL 2629763, at \*5 (W.D. Tex. Sept. 12, 2025).

Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means at the address indicated in Petitioner's most recent filing.

IT IS SO ORDERED.

SIGNED this December 30, 2025.

Diana Saldaña
United States District Judge