United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **IBRAHIM BAYRAM,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00298** |
| | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Ibrahim Bayram's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1). The Court ordered Respondents to show cause and respond to Petitioner's petition, and Respondents filed a timely Response to Petitioner for Writ of Habeas Corpus requesting that the petition be denied as moot because Petitioner had been granted voluntary departure under safeguards from an Immigration Judge (IJ). (Dkts. 4, 7.) Petitioner later filed a Motion with the Court requesting that his petition be dismissed due to his anticipated voluntary departure. (Dkt. 8); *see also* Fed. R. Civ. P. 41(a)(2).

Upon finding good cause shown, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is DISMISSED at the Petitioner's request without prejudice to refiling. *See* Fed. R. Civ. P. 41(a)(2). All prior orders issued by the Court are hereby DISSOLVED.

Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case. Finally, the Clerk of Court is also DIRECTED to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**Ibrahim Bayram**
**A# 221-292-246**

1 / 2

**Rio Grande Processing Center**
**1001 San Rio Blvd.**
**Laredo, TX 78046**

IT IS SO ORDERED.

SIGNED this March 4, 2026.

 

_____
Diana Saldaña
United States District Judge